JUDGE KOELTL

26 CV 05890

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 13 AM 10: 54

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **JOSEPH PISANA, an individual** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| **JOHN T. CULLINANE, and individual d/b/a Saint Cannabis, and MAMBO WELLNESS, INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

**COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RELATED CLAIMS**

Plaintiff, Joseph Pisana, alleges his complaint against Defendants, John T. Cullinane d/b/a Saint Cannabis® ("JTC"), and Mambo Wellness, Inc. ("MAMBO") as follows:

**NATURE OF THE ACTION**

1. This action arises from Defendants JTC and MAMBO's infringement of Plaintiff's **SAINT NYC™**, trademark and Defendants JTC and MAMBO's use in commerce of the confusingly similar mark **SAINT CANNABIS™** in connection with apparel and cannabis related goods and services.

2. Despite Plaintiff being the owner of the **SAINT NYC™** trademark and having senior and priority common law use rights in the **SAINT NYC™** brand name, Defendants JTC and MAMBO, individually, and collectively, have infringed Plaintiff's rights in the above-referenced trademarks by advertising, promoting, offering for sale and selling cannabis flower for smoking, apparel and other related goods and merchandise via an online retail store and via a physical retail dispensary under the mark **SAINT CANNABIS™** which is an infringing use of Plaintiff's **SAINT NYC™** trademark.

3. Defendants JTC and MAMBO's use of Plaintiff's **SAINT NYC™** trademark or a similar and confusingly similar variation of the same was done willfully and intentionally as Defendants JTC and MAMBO were aware of Plaintiffs **SAINT NYC™** trademark.

4. Defendants JTC and MAMBO's use of Plaintiff's **SAINT NYC™** trademark and/or the confusingly similar variation **SAINT CANNABIS™** has already caused and resulted in multiple instances of "**actual confusion**."

5. Plaintiff Joseph Pisana is the owner of the trademark **SAINT NYC™** in plain block lettering, without claim to any particular font, style or design, for "…**Providing consumer information in the field of cannabis products, cannabis services, cannabis cultivation, cannabis genetics, cannabis strains, cannabis dispensary locations, cannabis product menus…Retail store services featuring t-shirts, caps, beanies, lighters, tobacco grinders, smokers' rolling trays, oral vaporizers for smoking…**" in Class 035.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this action pursuant to 15 U.S.C. §1051 et seq., 15 U.S.C. Sections 1114-1116; under Section 43(a) of the Trademark Act, 15 U.S.C. §1125(a), Section 43(c) of the Trademark Act, 15 U.S.C. §1125(c); and 28 U.S.C. §1367.

7. This Court has personal jurisdiction over the Defendants because Defendants are engaged in business activities in and directed to the State of New York within this judicial district, and because Defendants' have committed tortuous acts aimed at and causing harm within the State of New York and this judicial district.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) because it is where Plaintiff maintains a business address and the Defendants transacts business in this district and in the State and City of New York, and because a portion of the events giving rise to the asserted claims have occurred, and continue to occur, within this district. Furthermore, the

damage to Plaintiff and its intellectual property described herein continues to occur in this judicial district.

## THE PARTIES

9. Plaintiff, Joseph Pisana is an individual with an address at 40 Clinton Street – South Store, New York, NY 10002.

10. Upon information and belief, Defendant, John T. Cullinane is an individual with a business address at 58-03 201st Street, Bayside, New York, 11364.

11. Upon information and belief, Defendant, Mambo Wellness, Inc. is a New York Corporation with a business address at 34-21 Greenpoint Ave., Long Island City, New York 11101.

## FACTS

12. Plaintiff Joseph Pisana, since at least as early as January of 2024, has been selling and offering clothing and cannabis related products, and providing information and news on cannabis products, cannabis strains, cannabis events, etc. under the **SAINT NYC™** brand name.

13. Plaintiff's promotes cannabis content and cannabis products and provides information and news on cannabis strains and cannabis events via its website www.instagram.com/snt.nyc and Plaintiff's apparel, cannabis accessories and cannabis products are sold and offered at various pop up retail locations and cannabis events in the tri-state area.

14. Plaintiff's **SAINT NYC™** mark is a popular and well-known brand that has been heavily promoted in the streets of New York City, the State of New York and in other States as Plaintiff's Street team has actively promoted Plaintiff's **SAINT NYC™** brand in multiple States via flyer distribution and online social media promotion, and via gorilla street marketing campaigns and in other ways customary in the cannabis and apparel industries.

15. Plaintiff's **SAINT NYC™** products and services enjoy a superlative reputation in the marketplace and in the cannabis products and services industry.

16. When consumers of cannabis and apparel related products and services encounter the **SAINT NYC™** or any similar mark in connection with cannabis and accessories, they associate the **SAINT NYC™** or any similar variation of the mark with Plaintiff, and the well-known products and services offered by Plaintiff under his **SAINT NYC™** mark.

17. Plaintiff is the owner of United States Trademark Serial No. 99/531,030 for the mark **SAINT NYC™** with a claimed first use date of January 10, 2024. (**See Exhibit A**).

18. Plaintiff is active, current, and continuous in his efforts at building a portfolio of trademark properties of his **SAINT NYC™** brand.

19. As a small business owner, Plaintiff has diligently worked to protect his business assets in his **SAINT NYC™** trademark.

20. On June 15, 2025, Defendant JTC filed an intent-to-use trademark application with the United States Patent and Trademark Office for the mark **SAINT CANNABIS™** for retail store services featuring hemp-derived goods. (**See Exhibit B**).

21. At the time of Defendant JTC filing his intent-to-use trademark application on June 15, 2025, he was aware of Plaintiff's use of the mark **SAINT NYC™** in connection with cannabis related goods and services and clothing products.

22. On April 17, 2026, Defendant JTC filed an additional intent-to use trademark application for the mark **SAINT CANNABIS** in connection with clothing goods. (**See Exhibit C**).

23. Defendants JTC and MAMBO operate a cannabis dispensary in Queens, New York that sells and offers for sale cannabis related products under the name **SAINT CANNABIS™**.

24. Plaintiff is informed and believes and thereon alleges that in or about June of 2026, Defendants JTC and MAMBO, began promoting and marketing their cannabis dispensary in Queens New York that is, selling, and offering for sale, cannabis products and accessories and clothing products under the name **SAINT CANNABIS™** without the authorization or consent from Plaintiff as shown in **Exhibit D** herein.

25. Defendants JTC and MAMBO interchangeably use the marks **SAINT CANNABIS™**, **SAINT CANNABIS NY™**, and **SAINT™** to promote, sell and offer for sale its cannabis and clothing products.

26. Defendants JTC and MAMBO operate and maintain the social media Instagram page under the name @saintcannabis.ny, which name is confusingly similar to Plaintiff's **SAINT NYC™** brand name. (**See Exhibit E**).

27. Defendants JTC and MAMBO operate and manage the website and online store www.saintcannabisny.com that sells and offers cannabis products for delivery, or in-store pick up.

28. Defendants JTC and MAMBO's use of the marks **SAINT CANNABIS™**, **SAINT CANNABIS NY™**, and **SAINT™**, which are all confusingly similar to Plaintiff's **SAINT NYC™** trademark has already caused confusion and is likely to continue to cause confusion as to the source of cannabis and clothing related retail services under the **SAINT NYC™** mark of Plaintiff.

29. Defendants JTC and MAMBO's continued use of any variation of Plaintiff's **SAINT NYC™** mark is likely to continue to cause confusion as to the source of products and services under Plaintiff's **SAINT NYC™** mark.

30. Defendants JTC and MAMBO's use of Plaintiff's **SAINT NYC™** trademark is not considered a fair use as it is using the mark for commercial business purposes and for a profit.

31. Upon information and belief, Defendants JTC and MAMBO are or were aware of Plaintiff's ownership rights in the **SAINT NYC™** mark.

32. Defendants JTC and MAMBO's infringement of Plaintiff's **SAINT NYC™** trademark is willful as it is aware of the infringing products they are selling and/or offering for sale.

33. Defendants JTC and MAMBO have acted in bad faith in using a similar variation of Plaintiff's **SAINT NYC™** trademark as they have attempted to palm off the good will and reputation that Plaintiff has built in his **SAINT NYC™** mark and IP property.

## FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT (15 U.S.C. §§ 1114-1116)

34. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 33 of this Complaint.

35. The use in commerce by Defendants JTC and MAMBO of a slightly identical and confusingly similar version of Plaintiff's **SAINT NYC™** trademark is likely to cause confusion, mistake and deception among members of the public and in trade as to the source, origin, or sponsorship of Defendants' goods and services. Such use by Defendants JTC and MAMBO constitutes a clear and direct infringement of Plaintiff's rights in and to Plaintiff's federal trademark rights, and has resulted in injury and damage to Plaintiff that will continue if Defendants JTC and MAMBO are not ordered to cease all use of the **SAINT NYC™** mark of Plaintiff or any confusingly similar variation of the aforementioned mark.

## SECOND CAUSE OF ACTION
## UNFAIR COMPETITION & FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a)

36. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 35 of this Complaint.

37. Plaintiff has the exclusive right to advertise, market, brand and provide clothing and cannabis related goods and information and news on cannabis products and cannabis related products, services and smoking accessories, etc. using the **SAINT NYC™** mark or any similar variation of the aforementioned mark.

38. Defendants JTC and MAMBO by reason of the aforementioned acts, have falsely described, represented and designated the origin of its goods and/or services. Defendants' JTC and MAMBO's activities described herein already have confused the public into believing that Defendants' and Plaintiff's cannabis related products and services and clothing products come from one and the same source, and Defendants JTC and MAMBO's continued activities are likely to create further confusion and deceive the public concerning the source of the goods/services.

39. Defendants JTC and MAMBO have unfairly profited from the actions alleged herein and will continue to unfairly profit and become unjustly enriched unless and until such conduct is enjoined by this Court.

40. By reason of Defendants JTC and MAMBO's willful acts conducted in conscious disregard for Plaintiff's rights, Plaintiff is entitled to treble damages under 15 U.S.C. § 1117(a).

## THIRD CAUSE OF ACTION
## COMMON LAW TRADEMARK INFRINGEMENT & UNFAIR COMPETITION

41. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 40 of this Complaint.

42. Defendants JTC and MAMBO's conduct constitutes deception by which Defendants JTC and MAMBO's goods and/or services under the **SAINT CANNABIS™, SAINT CANNABIS NY™** and **SAINT™** marks will be palmed off as those of Plaintiff. Such conduct constitutes trademark infringement and unfair competition in violation of the laws of the State of New York.

43. Defendants JTC and MAMBO's unauthorized use of Plaintiff's **SAINT CANNABIS™** mark or any confusingly similar variation of the same is likely to continue to cause further confusion to the public as to the products and services offered under the **SAINT NYC™** mark.

44. By reason of the foregoing, Defendants JTC and MAMBO have infringed and continue to infringe on Plaintiff's common law rights in the **SAINT NYC™** mark and Defendants have become unjustly enriched by such acts of infringement.

45. Defendants JTC and MAMBO's unlawful conduct has been and will continue to be willful or willfully blind to Plaintiff's rights, as the named Defendants had reason to know of Plaintiff's rights.

**FOURTH CAUSE OF ACTION**

**UNJUST ENRICHMENT**

46. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 45 of this Complaint.

47. Defendants JTC and MAMBO have unjustly retained profits from the sale of cannabis and clothing products bearing Plaintiff's **SAINT NYC™** mark or a confusingly similar variation of the same.

48. Defendants JTC and MAMBO's actions constitute unjust enrichment.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for relief as follows:

1. Entry of an order and judgment requiring that Defendants JTC and MAMBO, its subsidiaries, officers, agents, servants, employees, owners, and representatives, and all other

persons or entities in active concert or participation with them, be preliminarily and, thereafter, permanently enjoined and restrained from (a) using in any manner Plaintiff's **SAINT NYC™** mark including in whole or part any similar variation or derivative work of the **SAINT NYC™** mark; (b) advertising, selling, offering for sale any cannabis or clothing products using in whole or part the **SAINT NYC™** mark of Plaintiff; (c) otherwise engaging in any acts of trademark infringement, unfair competition, false designation of origin which tend to injure Plaintiff's rights in the **SAINT NYC™** mark.

2. That Defendants JTC and MAMBO be required to account to Plaintiff for any and all profits and/or revenue derived by them, and to compensate Plaintiff for all the damages sustained by reason of the acts complained of herein, and that the damages herein be trebled pursuant to the trademark act.

3. That Plaintiff be awarded punitive and statutory damages in the amount of $1,000,000.00.

4. That Defendants JTC and MAMBO be required to place advertisements or send notifications to past and present customers that it improperly has been using the **SAINT CANNABIS™, SAINT CANNABIS NY™** and **SAINT™** brand name.

5. That Plaintiff be awarded the cost and disbursements of this action.

6. That Plaintiff have such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all issues.

/

/

Dated: July 13, 2026
New York, NY

Respectfully submitted,
Joseph Pisana – Pro Se

Joseph Pisana
Pro Se Plaintiff
40 Clinton Street – South Store
New York, New York 10002
40clintonenterprises@gmail.com

# EXHIBIT A

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS DOCUMENTS | Back to Search | Print | Feedback

**Generated on:** This page was generated by TSDR on 2026-07-12 20:43:19 EDT

**Mark:** SAINT NYC

SAINT NYC

**US Serial Number:** 99531030

**Application Filing Date:** Dec. 04, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. **See current trademark processing wait times** for more information.

**Status Date:** Dec. 04, 2025

## Mark Information

**Mark Literal Elements:** SAINT NYC

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "NYC"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Advertising services, namely, promoting the brands, goods and services of others; Providing consumer information and related news in the field of cannabis products, cannabis services, cannabis cultivation, cannabis genetics, cannabis strains, cannabis dispensary locations, cannabis product menus, cannabis legal developments, cannabis and hemp product formulations, cannabis branding and product design services, and packaging and labeling services, CBD, hemp and wellness products; Business consulting services; Retail store services featuring t-shirts, caps, beanies, lighters, tobacco grinders, smokers' rolling trays, stickers, product packaging boxes, product packaging bags, glass jars, oral vaporizers for smoking, pictures, and cannabis extracts in the form of tinctures; not for use with cannabis derived from hemp with a delta-9 THC concentrate of more than 0.3 percent on a dry weight basis; On-line retail store services featuring t-shirts, caps, beanies, lighters, tobacco grinders, smokers' rolling trays, stickers, product packaging boxes, product packaging bags, glass jars, oral vaporizers for smoking, pictures, and cannabis extracts in the form of tinctures; not for use with cannabis derived from hemp with a delta-9 THC concentrate of more than 0.3 percent on a dry weight basis

**International Class(es):** 035 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** Jan. 10, 2024    **Use in Commerce:** Jan. 10, 2024

## Basis Information (Case Level)

**Filed Use:** Yes    **Currently Use:** Yes

**Filed ITU:** No    **Currently ITU:** No

**Filed 44D:** No    **Currently 44D:** No

**Filed 44E:** No    **Currently 44E:** No

**Filed 66A:** No    **Currently 66A:** No

**Filed No Basis:** No    **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Joseph Pisana

**Owner Address:** c/o 40 Clinton Enterprises
40 Clinton Street - South Store Suite
New York, NEW YORK UNITED STATES 10002

**Legal Entity Type:** INDIVIDUAL    **Citizenship:** The data cannot be loaded

Feedback

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/ Address:** Joseph Pisana
c/o 40 Clinton Enterprises
40 Clinton Street - South Store Suite
New York, NEW YORK United States 10002

**Correspondent e-mail:** 40clintonenterprises@gmail.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 30, 2026 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 30, 2026 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 30, 2026 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jun. 09, 2026 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | |
| Jun. 09, 2026 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Feb. 12, 2026 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 04, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 04, 2025 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** **Law Office Assigned:** Not Assigned

**File Location**

**Current Location:** Not Found **Date in Location:** Feb. 12, 2026

Feedback

Assignment Abstract Of Title Information - Click to Load

Proceedings - Click to Load

Feedback

# EXHIBIT B

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS DOCUMENTS Back to Search Print

Feedback

**Generated on:** This page was generated by TSDR on 2026-07-12 20:40:18 EDT

**Mark:** SAINT CANNABIS

Saint Cannabis

**US Serial Number:** 99234873

**Application Filing Date:** Jun. 15, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Application has been published for opposition. The opposition period begins on the date of publication.

**Status Date:** Jul. 07, 2026

**Publication Date:** Jul. 07, 2026

## Mark Information

**Mark Literal Elements:** SAINT CANNABIS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "CANNABIS"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Retail store services featuring hemp-derived goods, namely, dried hemp flower, all of the foregoing containing cannabis ingredients solely derived from hemp with a delta-9-tetrahydrocannabinol (THC) concentration of not more than 0.3 percent on a dry weight basis.

**International Class(es):** 035 - Primary Class **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** John T Cullinane

**Owner Address:** 58-03 201st Street
Bayside, NEW YORK UNITED STATES 11364

**Legal Entity Type:** INDIVIDUAL **Citizenship:** The data cannot be loaded

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/ Address:** John T Cullinane
58-03 201st Street
Bayside, NEW YORK United States 11364

Feedback

**Phone:** 1-(718) 551-7929

**Correspondent e-mail:** ty42day2024@gmail.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 07, 2026 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 07, 2026 | PUBLISHED FOR OPPOSITION | |
| Jul. 01, 2026 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 07, 2026 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 29, 2026 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Apr. 29, 2026 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Apr. 29, 2026 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 28, 2026 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 28, 2026 | NON-FINAL ACTION E-MAILED | |
| Apr. 28, 2026 | NON-FINAL ACTION WRITTEN | |
| Mar. 30, 2026 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Mar. 29, 2026 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 29, 2026 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 26, 2026 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 26, 2026 | NON-FINAL ACTION E-MAILED | |
| Mar. 26, 2026 | NON-FINAL ACTION WRITTEN | |
| Feb. 24, 2026 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Feb. 23, 2026 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 23, 2026 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 23, 2026 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Feb. 23, 2026 | NON-FINAL ACTION E-MAILED | |

Feedback

| | | |
|---|---|---|
| Feb. 23, 2026 | NON-FINAL ACTION WRITTEN | |
| Feb. 17, 2026 | ASSIGNED TO EXAMINER | |
| Nov. 04, 2025 | ASSIGNED TO EXAMINER | |
| Nov. 04, 2025 | ASSIGNED TO EXAMINER | 83185 |
| Jun. 15, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Jun. 15, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 15, 2025 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** **Law Office Assigned:** LAW OFFICE 130

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Jun. 15, 2026

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

# EXHIBIT C

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS DOCUMENTS Back to Search Print

Feedback

**Generated on:** This page was generated by TSDR on 2026-07-12 15:30:35 EDT

**Mark:** SAINT CANNABIS

SAINT CANNABIS

**US Serial Number:** 99770317 **Application Filing Date:** Apr. 17, 2026

**Filed as Base Application:** Yes **Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. **See current trademark processing wait times** for more information.

**Status Date:** Apr. 17, 2026

## Mark Information

**Mark Literal Elements:** SAINT CANNABIS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;

- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** T-shirts; Sweatshirts; Hoodies; Hats

**International Class(es):** 025 - Primary Class | **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** John T Cullinane

**Owner Address:** 58-03 201st Street
Bayside, NEW YORK UNITED STATES 11364

**Legal Entity Type:** INDIVIDUAL | **Citizenship:** The data cannot be loaded

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** John T Cullinane
58-03 201st Street
Bayside, NEW YORK United States 11364

**Phone:** 1-(718) 551-7929

**Correspondent e-mail:** ty42day2024@gmail.com | **Correspondent e-mail Authorized:** Yes

Feedback

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 17, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Apr. 17, 2026 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 17, 2026 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:**

**Law Office Assigned:** Not Assigned

**File Location**

**Current Location:** Not Found

**Date in Location:** Apr. 17, 2026

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

# EXHIBIT D

saintcannabisny.com

Instagram

GET 10% OFF YOUR FIRST PURCHASE! USE "SAINT420" ON CHECKOUT

*** WE SELL PREMIUM INDOOR FLOWER PRODUCTS ONLY ***

SAINT CANNABIS

Sign Up / Log In

Shop Now




saintcannabisny.com
Instagram
GET 10% OFF YOUR FIRST PURCHASE! USE "SAINT420" ON CHECKOUT
*** WE SELL PREMIUM INDOOR FLOWER PRODUCTS ONLY ***
Saint Cannabis
Sign Up / Log In
Shop Now
SAVE 10% ON YOUR FIRST ORDER
USE CODE: SAINT420 AT CHECKOUT
EXPLORE NOW

saintcannabis.ny

♫ A Tribe Called Quest · Award Tour (LP Versi...



**Posts**

saintcannabis.ny

**Follow**

**saintcannabis.ny**

♫ A Tribe Called Quest · Award Tour (LP Versi...



# EXHIBIT E

< **saintcannabis.ny** ...

**146** posts | **2,390** followers | **17** following

SAINT CANNABIS IS OPEN. 🌲 WE ARE A NEW YORK STATE LICENSED MICRO/DISPENSARY. 🏪 WE SELL PREMIUM INDOOR FLOWER PRODUCTS ONLY.

saintcannabisny.com

**saintcannabis.ny** 2 new •

Followed by **houseofpiffnewyork**, **fried.nyc** and **6 others**

**Follow** **Message**

Highlights Highlights Highlights Highlights Highlights H

