**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JOSEPH PISANA,**

**Plaintiff,**

**- against -**

**JOHN T. CULLINATE, ET AL.,**

**Defendants.**

**26-cv-05890 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The response to the complaint was due August 21, 2026. No response has been filed. The time to respond to the complaint is extended to **September 10, 2026.** If the defendant fails to answer or move to dismiss the complaint by that date, the plaintiff should file an order to show cause for a default judgment by September 21, 2026.

The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff, and to note mailing on the docket. The plaintiff is directed to serve this Order on the defendant and to file proof of service on the docket by **September 3, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**August 28, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**