UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH PISANA,

Plaintiff,

- against –

JOHN T. CULLINATE, ET AL.,

Defendants.

26-cv-5890 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the defendants' anticipated motion to dismiss, or in the alternative, transfer, on **Monday, September 21, 2026, at 11:30 a.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The Clerk of Court is respectfully requested to mail this Order to the plaintiff, and to note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
September 10, 2026

John G. Koeltl
United States District Judge